WILLIAM T. HEYWOOD, ESQ. (SBN 108908)
122 Patrician Way
Pasadena, CA 911105
(949) 402-8295
Fax (888) 435-6168
Heywood_Law@yahoo.com

FILED
JUL 19 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WOODLAND HILLS DIVISION

In Re:

PMP Realestate Solutions, LLC

Debtor

) Case No.: 1:18-bk-11647-MB
)
) Chapter 11
)
) DISMISSAL – MOTION FOR
) RECONSIDERATION AND REQUEST FOR
) EXTENSION OF TIME
)
) HEARING DATE: JULY 3, 2018
  TIME: 11am
  COURTROOM: 303
      21041 Burbank Blvd
      Woodland Hills CA 91367

**TO THE HONORABLE MARTIN R BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that PMP REALESTATE SOLUTIONS, LLC, hereby respectfully requests reconsideration for the order of dismissal of the subject matter. Debtor has secured counsel at this point and seeks the opportunity to continue the bankruptcy matter. Debtor sought stay relief in order to protect debtor's assets. The lien for Debtor's property is in dispute. The property is

MOTION FOR RECONSIDERATION - 1 -

adequately protected (with a value shown on Zillow in excess of $2 million) and Debtor seeks the opportunity to challenge the validity of the debt. The lender is quite possibly unlicensed and in violation of California Financial Code. Rehabbers, Inc. does not appear to be licensed by the DFI, and there appears to be no license either under the dba names "Aztec Financial" and "Loan Mavericks". The lender may have an invalid Note because the Note and Deed of Trust are split. In any case it is not clear that either party, on the note or the DOT, is licensed or is a dba of a licensed entity, nor would it seem that a legal instrument could be validly executed simply in the name of a dba. Debtor needs automatic stay protection against the creditor due to the fact that there is a disputed debt and a lack of beneficial interest in the Note.

Thus, there is a disputed debt and unlawful collection activities involved in this matter. Only a licensed lender may make loans in the State of CA. There are monetary penalties assessed in favor of the borrower due to unlicensed lender activities under the CA Financial Code. This lender must be held accountable for their actions and should not be allowed to proceed with an unlawful foreclosure sale currently scheduled for July 31, 2018; and unlawful collection of a debt in violation of federal bankruptcy law. Accordingly, Debtor should have the opportunity to pursue remedies in a bankruptcy court which is a proper venue to dispute the unlawful collection of a debt. Additionally, Debtor should have the opportunity to do so in a Chapter 11 bankruptcy due to the substantial amount of debt involved and to afford Debtor the opportunity of reorganization.

For the forgoing reasons, Debtor requests that the Court vacate the dismissal and order that the Chapter 11 petition package deadlines should be rescheduled by the clerk's office with the date of entry of the Order on this Motion as the initial case filing date.

DATED: July 13, 2018

*/s/ William T Heywood/*

William T Heywood, Esq

MOTION FOR RECONSIDERATION - 2 -

Attorney for Debtor, PMP Realestate Solutions, LLC

MOTION FOR RECONSIDERATION - 3 -